## AFFIDAVIT IN SUPPORT OF ARREST

I, Douglas H. Herman, being duly sworn, depose and state that:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, for approximately 12 years. I am currently assigned to the New Orleans Field Office, Lafayette Resident Agency. As part of my duties with the FBI, I am assigned to the South Central Louisiana Safe Streets Gang Task Force (hereafter referred to as FBI Task Force). During my time with the FBI, I have participated in and conducted investigations involving violations of federal criminal laws.

2. I make this affidavit in support of an arrest warrant for KENTRELL LADAY, age 20, home address 404 Bradford Drive, Carencro, Louisiana. The facts in this affidavit come from both my personal participation in this investigation and from information provided by other law enforcement officers.[1] The facts included in this affidavit do not include every fact known to me about this investigation. This affidavit includes only the facts necessary to support the probable cause arrest of KENTRELL LADAY.

---

[1] The primary source of information for this affidavit comes from Lafayette Parish Sheriff's Office report number 21-00190180.

3. As set forth herein, there is probable cause to believe that on or about May 26, 2021, KENTRELL LADAY was in possession of a machinegun which is not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## FACTS ESTABLISHING PROBABLE CAUSE

4. On May 26, 2021, at approximately 11:10 a.m., the Lafayette Parish Sheriff's Office (LPSO) was contacted by the Vermilion Parish Sheriff's Office (VPSO) in reference to executing an active arrest warrant at the address of 704 Bonin Road, Apartment A, Lafayette, Louisiana. The active warrant was for the arrest of Coreiana Jones, 20 years old, for nine counts of principle to simple burglary and one count of principle to theft of a motor vehicle. When LPSO arrived at the residence they knocked on the door and Jones opened the front door. At that time Jones was asked if she was willing to speak with VPSO investigators and she agreed.[2]

5. When Jones opened the door, the odor of marijuana emitting from the inside of the residence was detected. Jones informed deputies that her boyfriend was also inside the residence. The boyfriend was identified as KENTRELL LADAY.[3] Jones gave consent to the LPSO deputies for them to go inside the residence and contact LADAY. The deputies made a loud, verbal announcement for LADAY to step out of the apartment, at which time LADAY opened the bedroom door but was not

---

[2] Jones informed VPSO investigators that she would not speak about their ongoing investigation and denied any involvement of the vehicle burglaries where weapons were taken.

[3] VPSO advised LADAY was also a possible suspect in their investigation.

2

dressed. LADAY was instructed to put on clothes, at which time he closed the bedroom door and proceeded to get dressed. The deputies could hear LADAY slamming items and doors/drawers while getting dressed. LADAY took longer then reasonably expected to get dressed and exit the residence. Upon exiting the residence, LADAY attempted to slam the front door even though he was advised to leave the door open by LPSO.[4] LADAY was adamant that LPSO could not search his apartment even though the deputies never advised him that a search would be conducted.

6. Jones was advised of the warrants for her arrest. The deputies allowed her to retrieve clothing from the bedroom, but she would be escorted by LPSO deputies.[5] At that time the residence had not been cleared for any other occupants. While escorting Jones to her bedroom, a glass jar with what appeared to be a clear plastic baggie, commonly used to store narcotics, was observed on the kitchen island. Also, while in the bedroom, the faint odor of marijuana was detected by deputies.

7. After they exited the residence with Jones in custody, LPSO applied for a search warrant of the residence. This was due to the totality of the circumstances: the odor of marijuana emitting from the interior of the residence, LADAY stalling to exit the residence, and the jar with the possible narcotics in plain view. The search warrant was granted by Commissioner Doguet, 15th Judicial District of Louisiana.

---

[4] Due to this action, he was detained and secured in a marked unit. LADAY and Jones were both read their rights per Miranda.
[5] When Jones first exited the residence, she was not fully clothed.

8. After the search warrant was authorized, LPSO deputies located the following items inside the apartment:

-One Diamondback AM2 9mm handgun with magazine, serial number MA4637 located in a drawer at the foot of the bed.

-One Riley Defense AK style rifle with magazine, serial number B16920 located in the bedroom closet on top of a cabinet (this rifle was confirmed stolen).

-One Wife Arms AR-15 rifle with drum magazine, serial number 01246 located next to the Riley Defense rifle.

-One Glock 27 .40 caliber handgun with magazine, serial number XDG602 located in a shelf inside of the closet (this gun was confirmed stolen and hand a full auto sear affixed to the handgun).

-One Glock 23 .40 caliber handgun with magazine, serial number WEB477 located next to the Glock 27.

-$275 in United States currency located in a black bag on top of the dresser at the foot of the bed.

-Approximately 30.2 grams of high-grade marijuana located with the U.S. currency.

-One digital scale with marijuana residue located with the marijuana and U.S. currency.

-One metal pistol magazine.

-Two .40 Cal magazines.

-Thirty-two .40 Cal rounds.

-Fifty-five .223 rounds located in the magazine with the AR-15.

-Forty-seven .22 Cal rounds located in a drawer located in the closet.

-Forty-six 9mm rounds located in handgun magazines.

-Twenty-four 762X39 rounds located with the AK-47.

-Thirty-five .45 Cal rounds.

-Forty-seven 12 gauge shells and one 20 gauge shotgun shells located in the kitchen.

-Two AR-15 magazines located near the AR-15.

9. Upon completion of the search warrant all recovered items were removed from the residence and later secured with the LPSO evidence custodians. After LADAY was transported to the LPSO for booking, LADAY told deputies multiple different versions of where the weapons came from and he would not advise who they belonged to. When asked if the stolen Glock 27 with the fully Auto sear belonged to LADAY, LADAY stated he bought the gun from a "guy named Kacy on

Simcoe." LADAY then completed a voluntary witness statement. The LPSO deputies did note that LADAY only advised that he bought the gun from someone after deputies informed him that the Glock 27 was fully automatic and that the ATF had to be notified.

10. During the follow-up investigation of LADAY, images were found of LADAY on Instagram carrying multiple weapons. One image depicts a Glock handgun with a fully automatic sear affixed to the back of the handgun.

11. On June 16, 2021, ATF Senior Special Agent Robert J. Bodin examined the Glock 27. 40 caliber handgun with serial number XDG602. By field-testing the firearm, SSA Bodin concluded the mechanical modification switch on the firearm allows it to function as a "machinegun", i.e. to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. SSA Bodin also noted the Glock 27 firearm/machinegun was not registered in the national Firearms Registration and Transfer Record and it had been manufactured outside the state of Louisiana.

## CONCLUSION

12. Based on the facts presented above, your Affiant believes probable cause exists to show KENTRELL LADAY was in possession of a machinegun which is not registered in the National Firearms Registration and Transfer Record, in violation of

Title 26, United States Code, Section 5861(d). The offenses occurred in the Western District of Louisiana on or about May 26, 2021.

_____
Douglas H. Herman
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to me this 16th day of June 2021, at Lafayette, Louisiana.

_____
HONORABLE CAROL B. WHITEHURST
United States Magistrate Judge
Western District of Louisiana